# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4105

_____

Teal M. Woods,                                                    *
                                                                 *
            Appellant,                           *      Appeal from the United States
                                                 *      District Court for the
     v.                                          *      Eastern District of Arkansas.
                                                 *
Golden Eagle of Arkansas, Inc.,                  *           [UNPUBLISHED]
                                                 *
            Appellee.                            *

_____

Submitted:  March 17, 2006
Filed:  April 6, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

        Teal M. Woods appeals the district court's[1] order denying her Federal Rule of
Appellate Procedure 4(a)(5) motion to extend the time for filing a notice of appeal.
Having carefully reviewed the record, we find no abuse of discretion. See Lowry v.
McDonnell Douglas Corp., 211 F.3d 457, 462-64 (8th Cir.) (standard of review;
applying four-factor test for determining whether party's neglect of deadline is
excusable), cert. denied, 531 U.S. 929 (2000). Accordingly, we affirm. See 8th Cir.
R. 47B.

_____

        [1]The Honorable James M. Moody, United States District Judge for the Eastern
District of Arkansas.